UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETROBRAS SECURITIES LITIGATION

No. 14-cv-9662 (JSR)

This Document Applies to:

*Ohio Public Employees Retirement System v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3887 (JSR)

## STIPULATION AND PROPOSED ORDER

Plaintiff Ohio Public Employees Retirement System ("OPERS") and Petróleo Brasileiro S.A. – Petrobras ("Petrobras"), Petrobras Global Finance B.V. ("PGF"), Theodore Marshall Helms, Paulo José Alves, José Sergio Gabrielli de Azevedo, Daniel Lima de Oliveira, Maria das Graças Silva Foster, Gustavo Tardin Barbosa, Sérvio Túlio da Rosa Tinoco, José Raimundo Brandão Pereira, Almir Guilherme Barbassa and Marcos Antonio Zacarias (collectively, the "Petrobras Defendants") hereby stipulate and agree as follows:

OPERS will not pursue claims or seek any recoveries in the above-captioned action (or any related state or federal action) based on the purchase of (i) Petrobras Common American Depository Shares, identified by CUSIP 71654V408, during the period May 20, 2010 to March 19, 2015, and (ii) Petrobras debt securities, identified by CUSIPS 71647NAM1, 71647NAK5, 71647NAH2, 71647NAF6, 71647NAC3, and 71647NAA7, during the period May 20, 2010 to March 19, 2015, which claims are hereby dismissed with prejudice, without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(2).

This Stipulation may be signed in counterparts.

Stipulated and agreed to by:

Dated: April 22, 2016
       New York, New York

KAPLAN FOX & KILSHEIMER LLP

By: _____
    Frederic S. Fox
    Hae Sung Nam
    Matthew P. McCahill

850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Plaintiff Ohio Public Employees Retirement System*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Lewis J. Liman
    Roger A. Cooper
    Luke A. Barefoot
    Elizabeth Vicens
    Jared Gerber

One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the Petrobras Defendants*


SO ORDERED.

_____
Hon. Jed S. Rakoff
UNITED STATES DISTRICT JUDGE

4/27/16

2